IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 21-13496-DD

---

AMERICAN BUILDERS INSURANCE COMPANY,

Plaintiff - Appellee,

versus

SOUTHERN-OWNERS INSURANCE COMPANY,

Defendant - Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida

---

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION